UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-cv-23734-JLK

MARY C. ROBERTS,

    Plaintiff,
vs.

CARNIVAL CORPORATION, d/b/a
CARNIVAL CRUISE LINES, INC.,

    Defendant.
_____/

### ORDER DIRECTING PLAINTIFF TO FILE ESTIMATED LENGTH OF TRIAL

**THIS MATTER** comes before the Court *sua sponte*.

Plaintiff filed their Complaint on October 22, 2021. DE 1. The Court has reviewed the Complaint, and Civil Cover Sheet (DE 1-1) does not state the estimated length of trial of this matter.

Accordingly, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiff shall **FILE** the number of days of estimated length of trial (for both sides to try entire case), **within five (5) days; on or before November 1, 2021.**

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 25th day of October, 2021.

    */s/ James Lawrence King*
    JAMES LAWRENCE KING
    UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record